```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION
```

NAHOME THEODORIS, an individual,

      Plaintiff,

v.     Case No: 2:25-cv-181-JES-NPM

VANCE DOTSON THE CREDIT DOCTOR,

      Defendant.

_____

**ORDER**

    This matter comes before the Court on review of plaintiff's Complaint (Doc. #1).  Plaintiff (who is not in custody) has not paid the filing fee or submitted a form requesting to proceed without prepayment of costs. See 28 U.S.C. § 1915(a) (allowing a person to proceed with a civil action without prepayment of the filing fee if the litigant submits an affidavit showing they are unable to pay).  The Court will dismiss this action without prejudice. See 28 U.S.C. § 1914(c) ("Each district court by rule or standing order may require advance payment of fees.").

    A dismissal without prejudice to filing a new case with contemporaneous payment or submission of a request to proceed *in forma pauperis* is appropriate.  Myers v. City of Naples, Fla., No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024) (affirming the dismissal without advance notice by order to show

cause of an unrepresented, non-prisoner's complaint submitted without a contemporaneous payment of fees). A review of the allegations in the Complaint reflects an incident date of January 23, 2025, and claims for defamation and emotional distress.[1]

If Plaintiff wants to proceed with his claims, he may file another complaint under a separate case number that is accompanied by the required filing fee or a signed long form application to proceed without prepaying fees or costs (Form Ao 239).[2]

Accordingly, it is now

**ORDERED**:

The Complaint is **DISMISSED** without prejudice. The Clerk shall close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of March 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record

---

[1] The shortest applicable statute of limitations for plaintiff's claims of defamation stemming from an incident on January 23, 2025, has not run. Fla. Stat. § 95.11(5)(h); Fla. Stat. § 95.031(a).

[2] https://www.flmd.uscourts.gov/forms/all/civil-forms

2