```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

NAHOME THEODORIS, an individual,

    Plaintiff,

v.                                Case No: 2:25-cv-181-JES-NPM

VANCE DOTSON THE CREDIT DOCTOR,

    Defendant.

_____

## ORDER

On March 10, 2025, the Court entered an Order (Doc. #4) dismissing the case without prejudice for failure to pay the filing fee or to submit a request to proceed *in forma pauperis*. It has come to the Court's attention that the filing fee was paid but misplaced in the Clerk's Office. The fees have now been acknowledged on the docket and a receipt number issued. The Order will be vacated.

Accordingly, it is now

**ORDERED:**

The Order (Doc. #4) is **vacated,** and the case will remain open.

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of March 2025.

                                                  /s/ John E. Steele
                                                  JOHN E. STEELE
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record