**IN THE UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF FLORIDA**

Nahome Theodoris,
        Plaintiff

vs.                              Case No:

Vance the Credit Doctor,
        Defendant

_____

## MOTION FOR SUMMARY JUDGMENT

**T**he Plaintiff, Nahome Theodoris respectfully moves this Honorable Court for summary judgment against the Defendant, Vance the Credit Doctor, pursuant to Rule 56 based on the following grounds:

1. The Defendant made admissions in response to Requests for Admissions wherein they admitted to defaming the character of the Plaintiff.

2. The defamation of character by the Defendant has caused emotional harm to the Plaintiff and public shame.

3. Pursuant to the admissions made by the Defendant, there is no genuine issue of material fact regarding the defamation of character claim.

**Plaintiff prayer for relief as follows:**

1. Granting summary judgment in favor of the Plaintiff on the defamation of character claim;

2. Awarding damages to compensate the Plaintiff for the harm caused by the Defendant's defamation of character;

3. Punitive damages;

4. Granting any other relief that this Honorable Court deems just and proper with prejudice.

Plaintiff, Nahome Theodoris respectfully requests that this Honorable Court grant this Motion for Summary Judgment and provide the relief sought in this Motion.

Respectfully submitted,

*Nahome Theodoris, without recourse, UCC 1-308*
Nahome Theodoris
1016 Acroft Ave
Lehigh Acres, FL. 33971
(239) 839-9552
nahometheodoris@yahoo.com
DATED: March 7, 2025