```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

NAHOME THEODORIS, an individual,

       Plaintiff,

v.                                         Case No: 2:25-cv-181-JES-NPM

VANCE DOTSON THE CREDIT DOCTOR,

       Defendant.

_____

**ORDER**

This matter comes before the Court on *pro se* plaintiff's Motion for Summary Judgment (Doc. #8) filed on March 10, 2025. "*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed." Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998). This action was initiated on March 5, 2025, and there is nothing on the docket to reflect service of process has been executed. Defendant has not otherwise appeared in the case, and no discovery has taken place.

The Court may grant summary judgment "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). To show a fact cannot be genuinely disputed, the movant must support the claim by: "**(A)** citing to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations,

stipulations (including those made for purposes of the motion only), admissions, interrogatory answers, or other materials; or **(B)** showing that the materials cited do not establish the absence or presence of a genuine dispute, or that an adverse party cannot produce admissible evidence to support the fact." Fed. R. Civ. P. 56(c). "In our view, the plain language of Rule 56(c) mandates the entry of summary judgment, **after adequate time for discovery** and upon motion, against a party who fails to make a showing sufficient to establish the existence of an element essential to that party's case, and on which that party will bear the burden of proof at trial." Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986) (emphasis added).

Plaintiff relies on snippets of a conversation without context or authentication and a prescription receipt. The motion will be denied as premature.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Summary Judgment (Doc. #8) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this  12th  day of March 2025.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record