```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION
```

NAHOME THEODORIS,

    Plaintiff,

v.                                  Case No: 2:25-cv-181-JES-NPM

VANCE DOTSON, a/k/a VANCE
THE CREDIT DOCTOR,

    Defendant.

_____

**<u>ORDER</u>**

    This matter comes before the Court on review of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #21) filed on April 28, 2025. "Before filing a motion in a civil action, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion." M.D. Fla. R. 3.01(g). The motion will be denied for failure to confer with plaintiff before filing the motion and for failure to include a certification of conference in the motion.

    Accordingly, it is hereby

    **ORDERED:**

Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #21) is **DENIED without prejudice.**

**DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of April 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Parties of Record