UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

Nahome Theodoris
        Plaintiff,

v.                                  Case No. 2:25-cv-00181- JES-NPM

Vence the Credit Doctor
        Defendant,
_____

**Motion to Oppose Defendant's Motion to Dismiss**

Plaintiff, Nahome Theodoris, hereby files this motion to oppose against Defendant, Vence the Credit Doctor, and alleges as follows:

Plaintiff filed an amended complaint and summons on May 6, 2025, electronically and hasn't been filed on the court docket as of date. According to the court, the plaintiff has the right to amend the complaint according to FRCP 15(a)(1).

Defendant filed an amended motion to dismiss the original complaint on the grounds of lack of subject matter jurisdiction Frcp 12(b)(1), lack of personal jurisdiction Frcp 12(b)(2), improper venue Frcp 12 (b)(3), insufficient process Frcp 12 (b)4, Insufficient process of service Frcp 12(b)(5), and failure to state a claim upon which relief can be granted Frcp 12(b)(6). However, Plaintiff argues that the amended complaint and summons fixed these issues and failure to file the amended complaint and summons was due to circumstances beyond my control and should not be held against me.

The courts are encouraged to grant such amendments freely when justice so requires. In this case, justice requires that the plaintiff be given the opportunity to file the amended complaint and have their claims heard on the merits.

Furthermore, Rule 60(a) acknowledges that clerical errors can occur and provides guidance on how to address these errors. Plaintiff respectfully requests that the court consider the circumstances surrounding the failure to file the amended complaint and allow for the amended complaint to be filed nunc pro tunc.

Plaintiff also certifies that I got in contact with the attorney via text to meet and confer after I was done reviewing the dismissal document the attorney is available on Sunday May 18, 2025.

In conclusion, plaintiff respectfully requests that the court deny Defendant's amended motion to dismiss and allow for the amended complaint to be filed in a timely manner and for an extension to meet and confer. Justice demands that Plaintiff be given the opportunity to have their valid claims heard on the merits, and denying this opportunity would be a grave injustice and constitutes prejudice against me.

Thank you for your consideration of this Motion to Oppose Defendant's Amended Motion to Dismiss.

Respectfully submitted,
*Nahome Theodoris*

Movant: Nahome Theodoris
1016 Acroft Ave
Lehigh Acres, FL 33971
239-839-9552
nahometheodoris@yahoo.com