UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**NAHOME THEODORIS**,

    Plaintiff,

v.                                                                                          2:25-cv-181-JES-NPM

**VANCE THE CREDIT DOCTOR**,

    Defendant.

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Nahome Theodoris |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Tracey Marie Cabanis |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | June 26, 2025 10:30 AM | **Total Time** | 30 minutes |

### Rule 16(b) Conference

Court discussed case management, scheduling deadlines and other issues regarding case management.

Defendant will provide Plaintiff with correct name of Defendant within 1 week. An Amended Complaint will be filed within 2 weeks after the name is provided to Plaintiff. This amended complaint must include the proper name and citizenship of defendant, as well as spell out all claims the plaintiff plans to bring against defendant.

Plaintiff will be required to show cause why the amount in controversy exceeds $75,000. Details to follow in a separate order.

Documents 35 and 48 to be denied as moot.

Oral motion for extension of time to file Notice of selection of mediator. Court grants 2 weeks.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.  Scheduling Order to issue.