```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION
```

NAHOME THEODORIS,

    Plaintiff,

v.                          Case No: 2:25-cv-181-JES-NPM

VANCE DOTSON,

    Defendant.

---

### ORDER

This matter comes before the Court on review of the written Opposition (Doc. #93) to Defendant's Second Amended Motion to Dismiss Seventh Amended Complaint (Doc. #90). The Opposition seeks to deny the motion because Plaintiff did not agree to the "amendments" to Defendant's Motion to Dismiss (Doc. #84) and Amended Motion to Dismiss (Doc. #89) and because Defendant should have complied with Middle District of Florida Local Rule 3.01(g) in the first instance rather than amending. While that would have been preferred, the Court will address the latest motion on the merits and deny the first two motions as moot.

Accordingly, it is now

**ORDERED**:

1. Defendant's Motion to Dismiss (Doc. #84) and Amended Motion to Dismiss (Doc. #89) are **DENIED** as moot.

2. Plaintiff may file a response to the Second Amended Motion to Dismiss Seventh Amended Complaint (Doc. #90) within **TWENTY-ONE (21) DAYS** of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of March 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record