UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAHOME THEODORIS,

   Plaintiff,

v.          Case No:  2:25-cv-181-JES-NPM

VANCE DOTSON,

   Defendant.

_____

**ORDER**

This matter comes before the Court on review of the file.  On June 27, 2025, the Court issued a Case Management and Scheduling Order (Doc. #56) setting the deadlines for the case, including mediation (December 5, 2025) and for the filing of a Joint Final Pretrial Statement (June 12, 2026).  On July 11, 2025, the Magistrate Judge directed the parties to promptly file their notice of selection of mediator or to show cause for the noncompliance. (Doc. #60.)  On July 16, 2026, defendant "Vance the Credit Doctor" filed a Joint Notice of Selection of Mediator (Doc. #63) indicating their selection.  The docket does not reflect compliance with any of the deadlines, including mediation.

On September 25, 2025, the Court issued an Opinion and Order (Doc. #73) dismissing the Fifth Amended Complaint without prejudice and directing plaintiff to execute service of process on

Mr. Dotson who was the newly named individual defendant.  Defendant waived service on December 23, 2025, and the same counsel who appeared for the Credit Doctor appeared on behalf of Vance Dotson. (Doc. #83.)   The case is currently proceeding on the Seventh Amended Complaint (Doc. #82) and an Amended Answer (Doc. #104) was filed on May 11, 2026.

On May 4, 2026, plaintiff filed a unilateral Uniform Case Management Report (Doc. #103) stating that the parties conducted the planning conference on April 28, 2026, however the document is only signed by plaintiff.  The parties have not complied with the current deadlines or otherwise moved to continue the deadlines. Defendant has also not moved to strike or object to the proposed dates submitted by plaintiff.  Rather than directing the parties to show cause, the Court will reset the deadlines.

Accordingly, it is now

**ORDERED:**

1. All current deadlines are **cancelled** as the parties have failed to comply with deadlines or to prepare for the Final Pretrial Conference currently set for June 26, 2026, and due to be cancelled.

2. Finding no objection to plaintiff's unilateral Uniform Case Management Report (Doc. #103), the Court will reset the

deadlines by issuance of an Amended Case Management Report and resetting the Final Pretrial Conference.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of June 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

3